# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| MICHAEL MONCKTON, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-19-0298-HE |
| MARK WHITTEN, *et al.*, | ) | |
| Respondents. | ) | |

## **ORDER**

Petitioner Michael Monckton, a state prisoner appearing *pro se*, filed a petition for habeas relief pursuant to 28 U.S.C. § 2254 and applied for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell has issued a Report and Recommendation recommending that petitioner's application to proceed IFP be denied. In response, petitioner has paid the $5 filing fee in full.

Accordingly, the Report and Recommendation [Doc. # 6] is **ADOPTED**. This matter is again referred to Judge Mitchell pursuant to § 636(b)(1)(B) and (C).

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE